UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond L. Semler,

        Plaintiff,

v.                                                 Civil No. 13-3283 (JNE/LIB)
                                                ORDER

Beth Wilms, former Director of Crow Wing
County Social Services,

        Defendant.

On July 10, 2014, the Honorable Leo I. Brisbois, United States Magistrate Judge, granted in part and denied in part Plaintiff's Motion for Leave to Amend Complaint. The magistrate judge granted the motion insofar as Plaintiff sought to correct Defendant's name and title. The magistrate judge denied the motion insofar as Plaintiff sought to add a defendant. The magistrate judge also recommended that Defendant's Motion to Dismiss be granted. No objection to the Order and Report and Recommendation [Docket No. 24] has been made, but Plaintiff did file a copy of letter that is addressed to Crow Wing County Social Services. The Court has conducted a de novo review of the record. Based on that review, the Court accepts the recommendation to grant Defendant's Motion to Dismiss. Therefore, IT IS ORDERED THAT:

1. The Clerk of Court shall identify Defendant in the caption as "Beth Wilms, former Director of Crow Wing County Social Services."

2. Defendant's Motion to Dismiss [Docket No. 7] is GRANTED.

3. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 5, 2014

                                                             s/Joan N. Ericksen
                                                             JOAN N. ERICKSEN
                                                             United States District Judge